█ BRIAN R. ATWATER et al., Respondents, v THUNDER BAY HOMES et al., Defendants, and RYDER TRUCK RENTAL, INC., et al., Appellants. [890 NYS2d 837]—

Present—Hurlbutt, J.P., Fahey, Peradotto, Green and Gorski, JJ.